IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 11-cv-02370-CMA-KMT

K-BEECH, INC.

    Plaintiff,

v.

JOHN DOE,

    Defendant.

---

## ORDER REASSIGNING MAGISTRATE JUDGE

---

This matter is before the Court *sua sponte*. In light of transfer of related cases to the undersigned, which was approved by Chief Judge Wiley Y. Daniel, it is hereby

ORDERED that the Order of Reference to United States Magistrate Judge filed in this action on September 14, 2011 (Doc. # 5) is hereby modified to reassign this case from Magistrate Judge Kathleen M. Tafoya to **Magistrate Judge Michael J. Watanabe**. All further filing in this action shall be docketed under Civil Action No. 11-cv-02370-CMA-MJW.

DATED: September __22__, 2011

                                              BY THE COURT:

                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Judge