IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02370-CMA-MJW

K-BEECH, INC.,

Plaintiff(s),

v.

JOHN DOE,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Defendant John Doe's Motion to Quash or Modify Subpoena (docket no 21) is DENIED.  In the subject motion (docket no. 21), Defendant John Doe is simply denying any infringement which is not a basis for quashing a subpoena.  See Voltage Pictures, LLC v. Does 1-5,00, 2011 WL 1807438, 79 Fed. R. Serv. 3d 891 (D.D.C. 2011).

Date:   February 22, 2012