**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-02370-CMA-KMT

K-BEECH, INC.

       Plaintiff,

v.

JOHN DOE,

       Defendant.

---

ORDER OF DISMISSAL WITHOUT PREJUDICE

---

This matter is before the court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Defendant John Doe (Doc. # 27), filed March 6, 2012.  The Court, having reviewed the file and being fully advised in the premises, hereby

ORDERS that this action be DISMISSED WITHOUT PREJUDICE.

DATED: March 9, 2012

                BY THE COURT:

                _____
                CHRISTINE M. ARGUELLO
                United States District Judge